UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KAPLAN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION** |
| | ) | |
| vs. | ) | Civil Action No: 1:07-cv-10677-HB |
| | ) | Honorable Harold Baer, Jr. |
| BENNY Y. CHANG, JASON HANSON, HAMID | ) | ECF Case |
| TORSHIZY, DOES 1 through 20, AND | ) | |
| UNKNOWN ENTITY d/b/a, USMLEPRO, | ) | |
| USMLE TEST CENTER, INC. and SIMILAR | ) | |
| NAMES | ) | Trial by jury is demanded. |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, Kaplan, Inc. ("KAPLAN"), through its undersigned attorneys, alleges as

follows:

## NATURE OF THE ACTION

1.      This is a civil action for copyright infringement under the United States Copyright

Act, 17 U.S.C. §§ 101, et seq.  Plaintiff KAPLAN brings this action to prevent the Defendants'

continued, systematic, unauthorized copying and commercial distribution of KAPLAN's

copyrighted works and for damages for such activity.  Defendants' actions were and are willful,

and substantially damage one of KAPLAN's core businesses, preparing medical school

graduates for medical licensing exams through in person and online instructional services and the

related distribution of test preparation materials (printed and electronic).

2.      In unlawfully copying Plaintiff's copyrighted works and selling such copies in

competition with Plaintiff's services, Defendants have caused significant harm to KAPLAN and

have earned large and unjust profits for themselves. Though Defendants have used the Internet to maintain some degree of anonymity, investigation has identified three individuals and one possible entity responsible, and discovery will reveal the others.  Plaintiff seeks all remedies afforded by the Copyright Act, including statutory damages, or actual damages and Defendant's profits, an injunction and an award of costs including legal fees.

### JURISDICTION AND VENUE

3.    This is a civil action seeking monetary and injunctive relief for copyright infringement under the laws of the United States (17 U.S.C. § 101 et seq.).

4.    This Court has jurisdiction under 17 U.S.C. § 101 et seq., 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a)(copyright).

5.    Venue in this District is proper.  See 28 U.S.C. §§1391(b), 1400(a).  Plaintiff is located here, its copyrights (the property in issue) are held at its offices here, and the damages caused by Defendants have their impact here.  Moreover, Defendants have offered infringing copies of Plaintiff's works to persons in this District.  On information and belief, Defendants have sold and delivered infringing copies of Plaintiff's digital video discs (DVDs) to purchasers in this district knowing and intending that those purchasers view the DVDs in this District, which has occurred.

6.    Personal jurisdiction exists in this District.  Defendants have intentionally engaged in businesses through their highly interactive websites and sale of goods to individuals in the District.  Defendants have caused unlawful damage and injury here, and the claims asserted herein relate to and arise from such intentional, regular, and systematic forum contacts.

12743053.1

## PARTIES

7.    Plaintiff KAPLAN is a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York.

8.    KAPLAN is a world leader in the provision of educational services, and for more than seventy years, has developed, marketed and sold educational programs that assist students and others in preparing for a variety of entrance tests and licensing examinations. Through its Kaplan Medical operating division, KAPLAN provides instruction and test preparation materials to medical students and doctors to help them prepare for a series of exams known as the United States Medical Licensing Exam (USMLE). Kaplan instruction and course materials are designed to help students pass the USMLE Step 1 Exam (Basic Medical Sciences), the USMLE Step 2 CK Exam (Clinical Knowledge), the USMLE Step 2 CS Exam (Clinical Skills/Doctor-Patient Communication), and the USMLE Step 3 Exam (Patient Management Skills).

9.    KAPLAN and its agents have invested substantial resources, expertise and creativity in developing, refining and marketing the Kaplan Medical USMLE course and test preparation materials and lectures. KAPLAN's potential market for recouping this investment is limited, namely, to medical students and graduates seeking U.S. medical licenses. Thus, the copying, distribution and sale of KAPLAN's works, which are restricted for use only in connection with KAPLAN's in person courses, can quickly undercut its business.

10.    Defendant Benny Y. Chang ("CHANG") is an individual residing in the state of California. Defendant Jason Hanson ("HANSON") is an individual residing in the state of California. Defendant Hamid Torshizy ("TORSHIZY") is an individual residing in the state of California. The true names and addresses of the Doe Defendants are unknown to Plaintiff at this time.

- 3 -

11.     On information and belief, CHANG, HANSON, TORSHIZY and one or more Doe Defendants have formed and associated with a Defendant Entity that does business under the names USMLEPRO.COM, USMLETESTCENTER.COM, USMLE TEST CENTER, INC., USMLE DVDCENTER, and AUDIO PRO, among other names, and using the website address www.usmlepro.com (See Exhibit A hereto) and the website address www.usmledvdcenter.com (See Exhibit B hereto), among other marketing vehicles. In the alternative, the names just listed are pseudonyms under which, on information and belief CHANG, HANSON, TORSHIZY and the Doe Defendants conduct business operations over the Internet. In either event, all of the Defendants are knowingly associated in the unlawful conduct alleged herein; each has caused, induced, encouraged, facilitated, and agreed to the infringing acts of the others; acted as agent of the others; knowingly benefited from the infringing acts of the others; and is responsible and liable for all such infringing acts, as direct infringers, vicarious infringers, and/or contributory infringers.

12.     Plaintiff believes that the true identities of the Doe Defendants and the identity and form of the Defendant Entity will be obtained through future discovery and will promptly amend this complaint when their identities have been ascertained.

13.     On information and belief, each Defendant, individually and collectively, has engaged in an ongoing and interrelated course of conduct, i.e., violation of copyright law by the unauthorized reproduction, advertising, sale and distribution through sales made on the Internet of Plaintiff's USMLE test preparation written materials and DVD's. Accordingly, Plaintiff's right to relief arises out of the same series of transactions or occurrences and there are questions of law or fact common to all Defendants such that joinder is appropriate.

## GENERAL ALLEGATIONS

14.     KAPLAN is, and at all relevant times has been, the exclusive owner of all copyrights under Title 17 of the United States Code in certain original works of authorship, to wit, various printed and electronic USMLE test preparation course and study materials, including, among others, Kaplan USMLE Step 1 Review, Volume 1 (General Principles Book 1); Kaplan USMLE Step 1 Review, Volume 2 (General Principles Book 2); Kaplan USMLE Step 1 Review, Volume 3 (Organ Systems Book 1); Kaplan USMLE Step 1 Review, Volume 4 (Organ Systems Book 2); Kaplan USMLE Step 1 Lecture Notes, Volume 1; Kaplan USMLE Step 1 Lecture Notes, Volume 2; Kaplan USMLE Step 1 Lecture Notes, Volume 3; and Kaplan USMLE Step 1 Q Book, as well as numerous recorded lectures viewable by students in Kaplan exam preparation courses (collectively, the "Copyrighted Materials") at KAPLAN's 161 teaching facilities (the "Kaplan Centers") located around the United States.

15.     The Copyrighted Materials are distributed by KAPLAN only to individuals who have registered for KAPLAN's USMLE test preparation courses. The recorded lectures are only provided to students at Kaplan Centers for use and review at Kaplan Centers and students are prohibited from making copies of or leaving the centers with these recordings. KAPLAN Copyrighted Materials are covered by certificates of copyright registration. (See listing in Exhibit C hereto). In addition, KAPLAN intends to apply for additional certificates of copyright registration, including for the 2007 editions of the Copyrighted Materials and applications for certificates of registration for additional original works of KAPLAN in which copyright subsists.

16.     Among the exclusive rights granted to KAPLAN by the Copyright Act are the exclusive rights to reproduce the Copyrighted Materials and to distribute the Copyrighted

- 5 -

materials to the public. Neither KAPLAN nor any authorized agent of KAPLAN has given any right or license to any Defendant with respect to any of KAPLAN's Copyrighted Materials.

17.    Pursuant to 17 U.S.C. §401, KAPLAN has placed notices of copyright on all distributed volumes or packages of the Copyrighted Materials. Moreover, by their nature, these are valuable materials in which one would expect copyright to be claimed.

18.    On information and belief, each Defendant, without authorization, has reproduced, advertised, sold and distributed and continues to reproduce, advertise, sell and distribute illegal and unauthorized copies of the Copyrighted Materials to the general public. On information and belief, each Defendant unlawfully gained possession of copies of KAPLAN recorded lectures that are only available at Kaplan Centers to KAPLAN's students that are among the Copyrighted Materials and has reproduced, advertised, sold and distributed and continues to reproduce, advertise, sell and distribute illegal and unauthorized copies of those Copyrighted Materials to the general public. Specifically, among other activities, Defendants have offered the Copyrighted Materials on the Ebay online auction site, www.ebay.com, and on the Web sites www.usmlepro.com and/or www.usmledvdcenter.com, among others. Defendants' activities are undertaken with the purpose of making a profit.

19.    On information and belief, Defendants have delivered infringing copies to purchasers in this District and elsewhere across the United States. In the case of Copyrighted Materials in electronic media, Defendants' delivery was for the foreseeable and intended purpose of loading a DVD into computer memory and displaying the works for use.

## **CLAIM FOR RELIEF**

(Infringement of Federally Registered Copyright – 17 U.S.C. §501, et seq.)

- 6 -

20.    Plaintiff incorporates by reference paragraphs 1 through 19 of this Complaint as if set forth in full herein.

21.    Defendants' copying, sale and distribution of the Copyrighted Materials to the general public directly infringes Plaintiff's copyrights therein in violation of 17 U.S.C. §501, et seq. Each Defendant also is liable for the further infringements that occurred when materials it sold and delivered were used as Defendants induced, intended and encouraged. Each Defendant also is liable as a vicarious or contributory infringer.

22.    The foregoing acts of infringement have been willful, intentional, and in reckless disregard of and indifferent to the rights of Plaintiff.

23.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff substantial and irreparable injury that cannot fully be compensated or measured in monetary damages. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §502 and 503, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyrights.   Plaintiff is entitled to injunctive relief requiring each Defendant to destroy all copies of the Copyrighted Materials made in violation of Plaintiff's exclusive rights. Plaintiff is further entitled to an immediate order directing the seizure and destruction of all infringing articles in Defendants' possession or control, including the seizure of all computer hard drives, or other electronic storage media, on which any unauthorized copies of all Copyrighted Materials are stored or retrievable.

24.    At any time before final judgment, Plaintiff is entitled to elect to receive statutory damages in lieu of actual damages and profits. 17 U.S.C. §504(c). For willful copyright infringement, the jury may award up to $150,000 for each infringed work of Plaintiff's

Copyrighted Materials. Defendants' infringement of each work was willful. The precise number of infringed works will be determined during discovery.

25.     Plaintiff alternatively may choose to recover Defendants' profits attributable to infringement plus Plaintiff's actual damages. 17 U.S.C. §504(a). The statute provides that "[i]n establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenues, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work." 17 U.S.C. §504(b). Defendants' gross revenues over the period of the infringement are not known at this time, but will be determined during discovery.

26.     Plaintiff also is entitled to enhanced damages, including its attorneys' fees and costs, pursuant to 17 U.S.C. §505, given that the actions of Defendants were willful, egregious, and intentional.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment in favor and against each Defendant as follows:

1.     For an injunction preliminarily or permanently enjoining the Defendants:

(a)     From directly or indirectly infringing Plaintiff's rights under law in the Copyrighted Materials, and any other copyrighted medical exam study materials, whether now in existence or later created, that are owned or controlled by Plaintiff or any parent, subsidiary, or affiliate of Plaintiff ("Plaintiff's Materials"), including without limitation by using the Internet to advertise, copy, sell, and/or distribute any of Plaintiff's Materials, except pursuant to a lawful license or with the express consent and authority of Plaintiff.

12743053.1

(b)    To deliver to Plaintiff, or representatives of Plaintiff, for destruction, all tangible copies, electronically stored copies and electronic storage media containing the Plaintiff's Materials that Defendants have in their possession, custody or control.

2.    For a money judgment, jointly and severally against each Defendant.

(a)    For Plaintiff's actual damages for infringement, and, after an accounting, for profits attributable to the infringement.

(b)    At Plaintiff's election prior to the entry of final judgment in this case, and as an alternative to actual damages and profits, an award of statutory damages as permitted by the Copyright Act, for each of Plaintiff's timely requested works infringed, including enhanced statutory damages of $150,000 per work for each of these works willfully infringed and timely registered.

(c)    For the purpose of fair notice in the event one or more Defendants defaults, Plaintiff seeks such sum as is just up to $100,000,000.

3.    For an award of pre-judgment and post-judgment interest;

4.    For an award of punitive damages to the extent permitted by law.

5.    For Plaintiff's costs of this action, including Plaintiff's reasonable attorneys fees incurred in this action; and

6.    For such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,


By: _____

Scott E. Bain (SB 1255)
The Software & Information Industry Association
1090 Vermont Avenue, NW
Suite 600
Washington, DC   20005
(202) 789-4492

Thomas W. Kirby
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC   20006
(202) 719-7000

*Attorneys for Plaintiff*

Dated November 29, 2007

12743053.1

# COMPLAINT EXHIBIT

# A

**(USMLEPRO.NET WEBSITE PAGES)**



USMLE PRO
KAPLAN LIVE SHIPPED TO YOUR DOOR

⚙ Home | 🗔 Help | ⊞ Forum

| PRODUCTS | Home | About | Contact | Downloads | Forum |

**List of Products**

- USMLE Step 1
- USMLE Step 2
- USMLE Step 3
- USMLE Complete
- USMLE Pass Program
- MCAT Complete
- Gold Standard / Goljan
- Pediatrics

**Welcome to USMLE Center - All the test prep you need, for less.**



**USMLE Step 1 Complete**
~~$129.99~~ ONLY $149.99

**In Stock**
Product Info >

 ADD TO CART



**USMLE Step 2 Complete**
~~$99.99~~ ONLY $99.99

**In Stock**
Product Info >

ADD TO CART

**USMLE INFORMATION**

**SALE! Save 20% or more on USMLE DVDs**

⟩ **$5.99 3 Day Domestic Shipping on All Orders**

⟩ **$9.99 4-6 Day Intl. Shipping on All Orders**

**At USMLE Center we help you prepare for the USMLE by providing you the latest Kaplan USMLE and, MCAT materials.**

**Questions? Click here for Live Help**

---

| TESTIMONIALS | USMLE STEP 1, 2, 3 | FEATURED PRODUCT |

Thanks so much, the DVDs arrived earlier
than I expected!
 - Robert Anderson, New York, NY

The USMLE videos are great, and thanks for the quick turnaround.
 - Christian Bellardi, Toronto, Canada

Thanks for shipping out a replacement DVD so quickly. Terrific service!
 - Thomas Gates, Los Angeles, CA

⁎ USMLE Step 1 Materials
Gold Standard Step 1 / USMLE Pass Program

⁎ USMLE Step 2 Materials
Gold Standard Step 2 / USMLE Pass Program

⁎ USMLE Step 3 Materials
Audio-Digest Internal Medicine

 ⁎ **MCat Gold Standard**
Fully updated for the new MCAT CBT.
Learn more >



USMLE
STEP 1 2 3
COMPLETE
($199 - 27 DVDS)

**Learn More >**

**QUESTIONS?**
CLICK HERE FOR LIVE HELP
BY PHONE: +852 8197-5546
BY E-MAIL: SALES@USMLEPRO.COM

---

**Home | Disclaimer | About | Contact | Downloads | Forum**

Copyright © 2006 USMLE Center Inc. All Rights Reserved



USMLE PRO
KAPLAN LIVE SHIPPED TO YOUR DOOR

⌂ Home | ☐ Help | ▤ Forum

| Home | About | Contact | Downloads | Forum |

**⌕ PRODUCTS**

**List of Services**

USMLE Step 1

USMLE Step 2

USMLE Step 3

USMLE Complete

USMLE Pass Program

MCat Complete

Internal Medicine

Pediatrics



You can relax in your room and watch high-quality video in AVI format. The USMLE Steps 1-3 Complete Package includes: 420+ hours of video lectures and 5000+ pages of lectures in PDF format. These are exact copies of the original.

**The uncompressed version has better video quality.**

**⌕ STEPS 123 COMPRESSED**

**Standard (Save $):**
USMLE Step 1-3 Complete-2004

Standard - $199.99    [ Add to Cart ]

**Combo (Save $$):**
USMLE Steps 1-3/Pass Program 2004

**⌕ STEPS 123 UNCOMPRESSED**

**Premium (Save $$$):**
USMLE Steps 1-3/PASS Program Gold Standard 1-2 2004

Standard - $249.99    [ Add to Cart ]

**ULTIMATE package deal(Save $$$):**
Contents
1. 2007 Step1-70dvd+2007 Qbank + usmleworld
2. 2004 Step2-9dvd
3. 2004 Step3-6dvd
4. pass program+audio companion-4dvd
total- 89dvd's

Cost-$1199.99

[ Add to Cart ]

**INTERNAL MEDICINE+STEP1,2,3(Save $$$):**
1. 2007 Step1-70dvd+2007 Qbank + usmleworld
2. 2004 Step2-9dvd
3. 2004 Step3-6dvd
4. pass program+audio companion-4dvd
5. 2005-mayo clinic-6dvd
6. 2003-2007 audio digest –(included with other dvd)
total- 95dvd

cost- $1599.99

[ Add to Cart ]

**⌕ RELATED ITEMS**

**INTERNAL MEDICINE(Save $$$):**
1. mayo clinic-6dvd
2. audio digest-(included with above)
total-10dvd

cost- $399.99

[ Add to Cart ]

**Kaplan Step 1:**
Video Sample Notes Sample Questions Sample

[ Add to Cart ]

**Kaplan Step 2:**
Video Sample Notes Sample Questions Sample

**Internal Medicine Step 3 Companion:**
Internal Medicine from Audio-Digest
Digital Download and DVD (Sample)

- Complete 2003-2006 Notes
- Total of over 70+ CDs combined
- Rheumatology
- Endocrinology
- Differential Diagnoses and more

**$149.99 - 1 DVD + Digital Download**

**Kaplan Step 3:**
Video Sample Notes Sample Questions Sample

*ALL SALES ARE FINAL.*

**Home** | **Disclaimer** | **About** | **Contact** | **Downloads** | **Forum**

Copyright © 2006 USMLE Center Inc. All Rights Reserved



☖ Home  ⋮  ⛶ Help  ⋮  ⊞ Forum

| Home | About | Contact | Downloads | Forum |



### PRODUCTS

**List of Services**

- USMLE Step 1
- USMLE Step 2
- USMLE Step 3
- USMLE Complete
- USMLE Pass Program
- MCat Complete
- Internal Medicine
- Pediatrics

### RELATED ITEMS

**Audio Program Step 1 Companion:**
1 DVD + Digital Download (Sample)

Anatomy • Behavioral Sciences • Biochemistry • Cells, Inflammation • Microbiology • Neuro Highlights & Cran Nerves...and much more (55+ cds)

**$29.99 - 1 DVD + Digital Download**



**Digital Download:** (requires password)
Gold Standard Step 1

**Our Mission** is to provide medical students with all the resources they need to succeed by offering a comprehesive list of products and services at discount prices.

**USMLEPro.com** is one of the fastest growing e-commerce sites for medical students in the world. From browsing our intuitive and information-rich website, to purchasing and delivery to your door, we utilize the latest e-commerce and internet technologies to provide you with the fastest and most efficient service and by shipping next business day, guaranteed. All Sales are Final.

**Hours of Operation:**
8:00am - 10:00pm PST
Available 7 days a week
(Excluding National Holidays)

**Shipping and Handling Fees**
**Domestic :**
Priority 3-6days- $5.99 Per Order (no tracking)
Next Day 1-2days- $17.99 Per Order(with tracking)

**International:**
Global Priority 7-10days- $9.99 Per Order(no tracking)
Global Express 4-6days- $29.99 Per Order (with tracking)

---

Home | Disclaimer | About | Contact | Downloads | Forum

Copyright © 2006 USMLE Center Inc. All Rights Reserved


**USMLE PRO**
KAPLAN LIVE SHIPPED TO YOUR DOOR

⌂ Home ┊ ◻ Help ┊ ⊞ Forum

**Home**    **About**    **Contact**    **Downloads**    **Forum**

◡ PRODUCTS

**List of Services**

USMLE Step 1

USMLE Step 2

USMLE Step 3

USMLE Complete

USMLE Pass Program

MCat Complete

Internal Medicine

Pediatrics

◡ RELATED ITEMS

**Audio Program Step 1 Companion:**
1 DVD + Digital Download (Sample)

Anatomy • Behavioral Sciences •
Biochemistry • Cells, Inflammation •
Microbiology • Neuro Highlights & Cran
Nerves...and much more (55+ cds)

**Click the icon below to speak with a live Customer Representative:**

**Contact Information:**
**Available 24 Hours a Day - By Email:** usmletestcenter@gmail.com

**Should you have any questions about your order, or need help placing an order, or need general information, please call us at:**
**+852 8170-0846**

**Our offices are located in Hong Kong. All sales are Final.**

Home    |    Disclaimer    |    About    |    Contact    |    Downloads    |    Forum

Copyright © 2006 USMLE Center Inc. All Rights Reserved



⌂ Home  |  🗋 Help  |  🖳 Forum



**List of Services**

- USMLE Step 1
- USMLE Step 2
- USMLE Step 3
- USMLE Complete
- USMLE Pass Program
- MCat Complete
- Pediatrics

Please visit each individual page for samples located on the left.

**⊙ RELATED ITEMS**

USMLE Step 1 Materials
Gold Standard Step 1

USMLE Step 2 Materials
Gold Standard Step 2

USMLE Step 3 Materials
Audio-Digest Internal Medicine

**Home  |  Disclaimer  |  About  |  Contact  |  Downloads  |  Forum**

Copyright © 2006 USMLE Center Inc. All Rights Reserved



USMLE PRO
KAPLAN LIVE SHIPPED TO YOUR DOOR

⌂ Home    ⌐ Forum    ⚏ Sitemap



◎ RESOURCES

**List of Products**

USMLE Step 1

USMLE Step 2

USMLE Step 3

USMLE Complete

USMLE PASS Program

MCAT Complete

Internal Medicine

Pediatrics

**USMLE Step 1 Complete Video Lectures and Notes**

These are exact copies of the material from the Kaplan Live Centers.
This is the COMPLETE most recent package available and is ONLY available exclusively to
the Kaplan Live Centers and usmlepro.net

**\*NEW\* 2007 USMLE Step 1 Complete 70 DVD Set**

SALE - OFFER ENDS SOON: ~~1399.99~~ ONLY $999.99

5.99- 4 Business Day Shipping
9.99-7 day International Shipping

In Stock - All Sales Final



**\*NEW\* 2007 Kaplan QBank -2000+ questions —complete**

**Please download sample USMLE Qbank**

SALE - OFFER ENDS SOON: ONLY $74.99

5.99- 4 Business Day Shipping
9.99-7 day International Shipping
\*screenshots\*
In Stock - All Sales Final



**\*NEW\* 2007 Usmle123 -2500+ questions**
www.studentconsult.com/usmle
SALE - OFFER ENDS SOON: ONLY $49.99
sample
5.99- 4 Business Day Shipping
9.99-7 day International Shipping
\*screenshots\*
In Stock - All Sales Final



**\*NEW\* 2007 Usmle-RX -2000+ questions**

SALE - OFFER ENDS SOON: ONLY $39.99
sample
5.99- 4 Business Day Shipping
9.99-7 day International Shipping
\*screenshots\*
In Stock - All Sales Final



**The 2007 USMLE Step 1 Edition is here! Includes 70 HUGE DVDs of the exact material from Kaplan Live Centers! Playable on a DVD player with FULL MENU or on your computer. The 2007 differs from the 2004 set in that it features all NEW professors and the picture quality is crystal clear. Full menu means exactly that, you can skip to the section you're looking for just like any other dvd. This set is guaranteed to be complete and are exact copies of the original.**

**Free Sample Downloads 2007 Edition: (Right click > Save As...)**
**High Quality Sample (unrar and play VOB file): 120MB Sample**
**Low Quality Sample (standard mpg4 format):**

**Bio Chem Sample/ Micro Menu Sample / Micro Sample**
**\*actual dvd is the same quality as 'high quality sample'**

**Contents of USMLE 2007 Edition:**

Anatomy 1-6  complete 2007

Physio 1-15 complete 2007

Biochem 1-14 complete 2007

Pharm 1-10 complete 2007

Path 1-6 complete 2007

Genetics 1-2 complete 2007

Immunology 1-2 complete 2007

Behavioral 1-8 complete 2007

Micro 1-5 complete 2007

Orientation - 1

*selected DVD's have copy protection and cannot be copied



**2007-70dvd2007+Kaplanbank+2007UsmleRx+PP+usmle123**

**SALE - OFFER ENDS SOON: $1299.99 ONLY $1099.99**
**74DVD total**
**$5.99 Flat Rate 3 Business Day Shipping**
**$9.99 Flat Rate International Shipping**

**In Stock - All Sales Final**





**2007-70dvd2007+Kaplanbank+2007UsmleRx+PP+usmle123**

**SALE - OFFER ENDS SOON: $1299.99 ONLY $1699.99**
**74DVD+8 original hardcopy books(used, minimal writing)**

$5.99 Flat Rate 3 Business Day Shipping
$9.99 Flat Rate International Shipping

In Stock - All Sales Final





**2004 USMLE Step 1 Complete Standard Quality 12 DVD Set**

SALE - OFFER ENDS SOON: **$199** ONLY $149.99

$5.99 Flat Rate 3 Business Day Shipping
$9.99 Flat Rate International Shipping

In Stock - All Sales Final





Goljan Step1 mp3 Audio
SALE - OFFER ENDS SOON: **$99.99** ONLY $29.99

right click and save link below play using windows media player
**sample**
$5.99 Flat Rate 3 Business Day Shipping
$9.99 Flat Rate International Shipping

In Stock - All Sales Final





**2004 USMLE Step 1 Complete High Quality 25 DVD Set**

SALE - OFFER ENDS SOON: **$249.99** ONLY $199.99

$5.99 Flat Rate 3 Business Day Shipping
$9.99 Flat Rate International Shipping

In Stock





**2004 USMLE Step 1 4 original Kaplan books (used)**
Physiology,behavioral, Qbook,microbiology(originals)
**ONLY $199.99**
**picture of books**
$5.99 Flat Rate 3 Business Day Shipping
$9.99 Flat Rate International Shipping

In Stock





HomeStudy Kaplan USMLE Step 1 (used)
Vol 1-4-complete (originals)
**ONLY $299.99**
**picture of books**
$5.99 Flat Rate 3 Business Day Shipping
$9.99 Flat Rate International Shipping

In Stock



**2007 USMLE Step 1 8 original Kaplan books (used, minimal writing)**



**ONLY $699.99**
**picture of books**
**$5.99 Flat Rate 3 Business Day Shipping**
**$9.99 Flat Rate International Shipping**

**In Stock**



**You can relax in your room and watch high-quality Kaplan videos in AVI format. The USMLE Step 1 Complete package includes: 180 hours of video lectures and 3000 pages of lectures in PDF format on 12DVDs or 25DVDs- over 50GB!**

**Free Sample Downloads 2004 Edition: (Right click > Save As...)**
**Video Sample/ Notes Sample / Questions Sample**

**Overview of Step 1 Complete Package:**

| **Contents of Step 1 Video Lectures:** | **Notes -2005/2006 edition from Kaplan** |
|---|---|
| Anatomy/Embryo- ~13 hours | **This is a full coverage of Step 1** |
| Genetics- ~6.5 hours | **Materials in 8 books:** |
| Histo- ~3.5 hours | |
| Physiology- ~30.5 hours | |
| Immunology- ~5.5 hours | Anatomy |
| Micro- ~14.5 hours | Behavioral Sciences |
| Biochemistry- ~20 hrs | Biochemistry |
| Neuro- ~11 hrs | Physiology |
| Pharm- ~35 hrs | Pharmacology |
| Pathology- ~23 hrs | Pathology |
| Behavioral Science- ~11 hrs | Microbiology/Immunology |
| | QBOOK/QBank/Vignettes/Goljan Audio |

**Medical software CD for your PDA has more than 75 programs** all the programs you will need for your PDA ( not trial software ) all the medical programs that you will ever need ..5MCC, TABERS,ABC LAB, MOSBYS DRUGS _DORLAND and MORE alone this CD is worth $1000 ..

PRETEST ebook USMLE STEP 2
12 Pretest ebooks Assessment Exam NMS A&L MedRevu Step 3
SUBJECTS: Pediatrics, OBGYN, Neurology, Pharmacology, Chest Radiology, EmergencyMedicine, Surgery, Physical Diagnosis, Psychiatry, Clinical Vignettes, PreventiveMedicine and Public health.
Assessment Exams: Seven exams with anwers and explanations: IM1 , IM2 , Surgery, Peds, OBGYN, EPI
First AID - 3rd EDITION
Highyield clinical Notes: **Adam's secrets, MCC notes and more**
6TH BONUS:
**ROBBIN'S PATHOLOGY SERIES**

Home | Disclaimer | About | Contact | Downloads | Forum

Copyright © 2006 USMLE Center Inc. All Rights Reserved



USMLE PRO
KAPLAN LIVE SHIPPED TO YOUR DOOR

⌂ Home    ⬚ Forum    ⊞ Sitemap



Home    About    Contact    Downloads    Forum

**RESOURCES**

**List of Products**

USMLE Step 1

USMLE Step 2

USMLE Step 3

USMLE Complete

USMLE PASS Program

MCAT Complete

Internal Medicine

Pediatrics

## USMLE Step 2 Complete Video Lectures and Notes

**These are exact copies of the material from the Kaplan Live Centers.**
**This is the COMPLETE most recent package available and is ONLY available exclusively to the Kaplan Live Centers and usmlepro.net**



**USMLE Step 2 Complete 9 DVD Set**

~~$199.99~~ **1 DAY SALE: ONLY $119.99**

**$5.99 3 Business Day Shipping**
**$9.99 International Shipping**

**In Stock - All Sales Final**


ADD TO CART

You can relax in your room and watch high-quality Kaplan videos in AVI format. The
USMLE Step 2 Complete package includes: 140 hours of video lectures and 1800 pages of
lectures in PDF format on 9 HUGE DVDS!! over 30GBs of videos/notes/lectures!!
*playable on pc/mac only
Free Sample Downloads: (Right click > Save As...)
Video Sample/ Notes Sample / Questions Sample

**Overview of Step 2 Complete Package:**

**Contents of Step 2 Video Lectures:**

01. Internal Med
Neurology (6 lectures, 259 min)
Endocrinology (4 lectures, 233 min)
Cardiology (6 lectures, 423 min)
Hematology/Oncology (3 lectures, 277 min)
Infectious Diseases (4 lectures, 389 min)
Pulmonary (4 lectures, 271 min)
Gastroenterology (4 lectures, 390 min)
Rheumatology (2 lectures, 215 min)
Emergency Med (4 lectures, 358 min)
Nephrology (3 lectures, 233 min)
02. Dermatology (1 lecture, 79 min)
03. Psychiatry (13 lectures, 966 min)
04. Surgery (18 lectures, 1251 min)
05. Gynecology (15 lectures, 720 min)
06. Obstetrics (9 lectures, 801 min)
07. Epidemiology (3 lectures, 217 min)
08. Biostatistics (1 lecture, 105 min)
09. Ethics (1 lecture, 107 min)
10. Preventative Med (1 lecture, 60 min)
11. Pediatrics (12 lectures, 1185 min)
TOTAL: 114 lectures, 8549 min (142 hours)

**USMLE Step 2 Notes -2005/06
Edition (in PDF):**
**This is a full coverage of Step 2
Materials in 6 books:**

Bonus CD for Step 2:
12 PDF books
2006 Kaplan Notes (5 books)
Alert step 2
CSA
CSA 61 cases
CSA Cases
Goljan' Audio
Kaplan Step 2 Qbank
NMS step 2
Qbank step 2 Medrevu
Usmle Step 2 Kaplan Cd rom
Usmle World step 2 CS
Rheuma01
Rheuma02
Usmle2_mock exam
Usmle2_secret

**USMLE Step 2 Kaplan 6 original Books-2007**

~~$999.99~~ **SALE: ONLY $699.99**

sample
**$5.99 3 Business Day Shipping**
**$9.99 International Shipping**

**In Stock - All Sales Final**



**Kaplan Qbank 2007-complete(2000+questions)-screenshots**

~~$249.99~~ **SALE: ONLY $79.99**

sample
**$5.99 3 Business Day Shipping**
**$9.99 International Shipping**

**In Stock - All Sales Final**



**Step2-COMPLETE-(Videos, 2007Qbank, 6 original books,goljan, c.fischer)**

~~$3499.99~~ **SALE: ONLY $899.99**

***this is everything you need for step2**

**$5.99 3 Business Day Shipping**
**$9.99 International Shipping**

**In Stock - All Sales Final**



**USMLE Step 2 CONRAD FISCHER-44-mp3 lectures-Internal Medicine**

~~$99.99~~ **SALE: ONLY $49.99**

sample1 sample2 sample3

**$5.99 3 Business Day Shipping**
**$9.99 International Shipping**

**In Stock - All Sales Final**



**USMLE Step 2 Goljan Audio mp3**

~~$99.99~~ **SALE: ONLY $29.99**

sample
**$5.99 3 Business Day Shipping**
**$9.99 International Shipping**

**In Stock - All Sales Final**

ADD TO CART

Home  |  Disclaimer  |  About  |  Contact  |  Downloads  |  Forum

Copyright © 2006 USMLE Center Inc. All Rights Reserved



⌂ Home     ▤ Forum     ⬒ Sitemap

**USMLE PRO**
KAPLAN LIVE SHIPPED TO YOUR DOOR



**◡ RESOURCES**

**List of Products**

USMLE Step 1

USMLE Step 2

USMLE Step 3

USMLE Complete

USMLE PASS Program

MCAT Complete

Internal Medicine

Pediatrics

## USMLE Step 3 Complete Video Lectures and Notes

**These are exact copies of the material from the Kaplan Live Centers.**
**This is the COMPLETE most recent package available and is ONLY available exclusively to the Kaplan Live Centers and usmlepro.net**

 

**USMLE Step 3 Complete 6 DVD Set**

~~$149.99~~ **1 DAY SALE: ONLY $99.99**

**$5.99 Flat Rate 3 Business Day Shipping**
**$9.99 Flat Rate International Shipping**

**In Stock - All Sales Final**



You can relax in your room and watch high-quality Kaplan videos in AVI format. The USLME Step 3 Complete package includes: 100 hours of video lectures and 1800 pages of lectures in PDF format on 6 PACKED DVDs with over 20GBs!

**Free Sample Downloads: (Right click > Save As...)**
**Video Sample/ Notes Sample / Questions Sample**

**Overview of Step 3 Complete Package:**
*playable on pc/mac only

**List of Video Lectures:**

Cardiology - 18 hours
Emergency Medicine - 8 hours
Surgery - 9.5 hours
ObGyn- 13 hours
Hematology - 10 hours
Infectious - 5.5 hours
Neurology - 10.5 hours
Pulmonology - 6.5 hours
Pediatrics - 8.5 hours
Oncology- 4.5 hours
Nephrology - 5.5 hours
Psychiatry- 9.5 hours
Ethics- 4.5 hours
Internal Med- 8 hours

**USMLE Step 3 Notes -2005/06 Edition (in PDF):**
This is a full coverage of Step 3 Materials in 4 books:

IM& Neurology
Obstetrics /Gynecology/Pediatrics/Surgery
Psychiatry/Ethics
Qbook

**USMLE Step 3 Kaplan 3 original 2007 books**

**1 DAY SALE: ONLY $699.99**
**sample**
**$5.99 Flat Rate 3 Business Day Shipping**
**$9.99 Flat Rate International Shipping**

**In Stock - All Sales Final**



**USMLE Step 3 Kaplan Qbank-2007**

~~$149.99~~ **1 DAY SALE: ONLY $79.99**

**$5.99 Flat Rate 3 Business Day Shipping**
**$9.99 Flat Rate International Shipping**

**In Stock - All Sales Final**



**Step3 COMPLETE- (6dvd video, 2007Qbank, 3 original Kaplan books)**

**1 DAY SALE: ONLY $849.99**

**$5.99 Flat Rate 3 Business Day Shipping**
**$9.99 Flat Rate International Shipping**

**In Stock - All Sales Final**



**Audio Digest Internal Medicine for Step 3:**

Sample Download 1
Sample Download 2

Complete 2003-2007 Notes - worth over **$1000**
Total of over 90+ CDs combined
Rheumatology
Endocrinology
Differential Diagnoses and more

ONLY AVAILABLE AT HERE AT USMLE PRO

---

Home   |   Disclaimer   |   About   |   Contact   |   Downloads   |   Forum

Copyright © 2006 USMLE Center Inc. All Rights Reserved

Case 1:07-cv-10677-HB    Document 1    Filed 11/29/2007    Page 27 of 28


## USMLE PRO
KAPLAN LIVE SHIPPED TO YOUR DOOR

⌂ Home | ⬚ Help | ⊞ Forum

⟳ PRODUCTS

| Home | About | Contact | Downloads | Forum |

**List of Services**

USMLE Step 1

USMLE Step 2

USMLE Step 3

USMLE Complete

USMLE Pass Program

MCat Complete

Internal Medicine
Pediatrics



**You can relax in your room and watch high-quality video in AVI format. The USMLE Steps 1-3 Complete Package includes: 420+ hours of video lectures and 5000+ pages of lectures in PDF format. These are exact copies of the original.**

**The uncompressed version has better video quality.**

⟳ STEPS 123
COMPRESSED

**Standard (Save $):**
USMLE Step 1-3 Complete-2004                     Standard - $199.99      [ Add to Cart ]

**Combo (Save $$):**
USMLE Steps 1-3/Pass Program
2004                                              ⟳ STEPS 123
**Premium (Save $$$):**                            UNCOMPRESSED
USMLE Steps 1-3/PASS Program
Gold Standard 1-2                                Standard - $249.99      [ Add to Cart ]
2004

**ULTIMATE package deal(Save $$$):**   Cost-$1199.99
Contents
1. 2007 Step1-70dvd+2007 Qbank +
usmleworld
2. 2004 Step2-9dvd
3. 2004 Step3-6dvd                                                     [ Add to Cart ]
4. pass program+audio companion-4dvd
total- 89dvd's

**INTERNAL MEDICINE+STEP1,2,3(Save
$$$):**
1. 2007 Step1-70dvd+2007 Qbank +          cost- $1599.99
usmleworld
2. 2004 Step2-9dvd
3. 2004 Step3-6dvd
4. pass program+audio companion-4dvd
5. 2005-mayo clinic-6dvd
6. 2003-2007 audio digest –(included with
other dvd)                                                             [ Add to Cart ]
total- 95dvd

⟳ RELATED ITEMS

**INTERNAL MEDICINE(Save $$$):**
1. mayo clinic-6dvd
2. audio digest-(included with above)     cost- $399.99
total-10dvd
                                                                       [ Add to Cart ]

**Kaplan Step 1:**
Video Sample Notes Sample Questions Sample

**Kaplan Step 2:**
Video Sample Notes Sample Questions Sample

**Internal Medicine Step 3 Companion:**
Internal Medicine from Audio-Digest
Digital Download and DVD (Sample)

- Complete 2003-2006 Notes
- Total of over 70+ CDs combined
- Rheumatology
- Endocrinology
- Differential Diagnoses and more

**$149.99 - 1 DVD + Digital Download**

**Kaplan Step 3:**
Video Sample  Notes Sample  Questions Sample

*ALL SALES ARE FINAL.*

Home  |  Disclaimer  |  About  |  Contact  |  Downloads  |  Forum

Copyright © 2006 USMLE Center Inc. All Rights Reserved

# COMPLAINT EXHIBIT

# B

**(USMLEDVDCENTER.COM WEBSITE PAGES)**



Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [          ] [Find]  Shopping Cart: 0 items

Advanced Search

| Home | About | Contact | Downloads | Forum | Welcome to USMLE Center - All the test prep you need, for les



USMLE Step 1
USMLE Step 2
USMLE Step 3
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

**Featured Product**

**2007 USMLE Step 1 Complete 70 DVD Set**

~~$999.99~~  **$999.99**

Add To Cart

Conditions of Us
Shipping & Retu
Privacy Notice
Disclaimer
About Us
Contact

QUESTION

CLICK HERE
FOR LIVE HELI

Phone: +852 8170

E-mail:
usmledvdcenter@gm;

**Email Address**

|

**Your Password**

New User ?  [Sign In]

Forgot Password ?

**New Products**

**2007 USMLE Step 1 Complete 70 DVD Set**

~~$999.99~~  **$999.99**

Add To Cart

Wednesday 13 June, 2007
© 2007 USMLE DVDCENTER - All Rights Reserved Worldwide.

Home | Disclaimer | About | Contact | Downloads | Forum

webmaster : www.smartinfosys.net

VISA

ttp://www.usmledvdcenter.com/index.php?osCsid=d98d477b3c43a66f23604ba3da6478e9          11/1/2007

Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [_____] [🔍 Find]   Shopping Cart: 0 items 🛒

**Advanced Search**

| Home | About | Contact | Downloads | Forum | Welcome to USMLE Center - All the test prep you need, for les...

USMLE Step 1
USMLE Step 2
USMLE Step 3
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

**Email Address**

[_____]

**Your Password**

New User ? [Sign In]
Forgot Password ?

About Us

**Our Mission** is to provide medical students with all the resources they need to succeed by offering a comprehesive list of products and services at discount prices.

**USMLEDVDCENTER.com** is one of the fastest growing e-commerce sites for medical students in the world. From browsing our intuitive and information-rich website, to purchasing and delivery to your door, we utilize the latest e-commerce and internet technologies to provide you with the fastest and most efficient service and by shipping next business day, guaranteed. All Sales are Final.

**Hours of Operation:**
8:00am - 10:00pm PST
Available 7 days a week
(Excluding National Holidays)

[Continue]

Wednesday 13 June, 2007

Home | Disclaimer | About | Contact | Downloads | Forum

© 2007 USMLE DVDCENTER - All Rights Reserved Worldwide.    webmaster : www.smartinfosys.net

VISA

Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [                    ] [Find]  Shopping Cart: 0 items 🛒

**Advanced Search**

| Home | About | Contact | Downloads | Forum | Welcome to USMLE Center - All the test prep you need, for les: |

Contact Us

# Contact Us

**Click the icon below to speak with a live Customer Representative:**

USMLE Step 1
USMLE Step 2
USMLE Step 3
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

[×] Click for Live Support

**Contact Information:**
**Available 24 Hours a Day - By Email:** usmletestcenter@gmail.com

**Should you have any questions about your order, or need help placing an order, or need general information, please call us at:**
**+852 8170-0846**

**Our offices are located in Hong Kong. All sales are Final.**

* Required informat

**Email Address**
[                    ]

**Your Password**

New User ? [Sign In]
Forgot Password ?

| Company Name: | [                    ] |
| Full Name: | [                    ] * |
| E-Mail Address: | [                    ] * |
| Telephone Number: | [                    ] |
| Country: | United States * |
| State/Province: | Alabama * |
| City: | [                    ] |
| Street Address: | [                    ] |
| Zip Code: | [                    ] |
| Subject: | [                    ] * |
| Enquiry: * | |

Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [                    ] **Find**  Shopping Cart: 0 items

Advanced Search

**Home** | **About** | **Contact** | **Downloads** | **Forum** | Welcome to USMLE Center - All the test prep you need, for less

USMLE Step 1

**USMLE Step 1**
USMLE Step 2
USMLE Step 3
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

**Email Address**
[                    ]

**Your Password**

New User ?   **Sign In**
Forgot Password ?

# USMLE Step 1



**2004 USMLE Step 1 Complete Standard Quality 12 DVD Set**
~~$149.99~~ $149.99

Video Sample / Question Sample

**Buy Now!**



**2007 USMLE Step 1 8 original Kaplan books (used)**
~~$699.99~~ $649.99

**Buy Now!**



**2007 USMLE Step 1 Complete 70 DVD Set**
~~$999.99~~ $999.99

Video Sample / Note Sample

**Buy Now!**

**2007 Usmle-RX -2000+ questions**
~~$49.99~~ $39.99

Question Sample / Note Sample

**Buy Now!**

**2007 Usmle123 -2500+ questions**
~~$59.99~~ $49.99

Question Sample

Buy Now!



**2007-70dvd2007+Kaplanbank+2007UsmleRx+PP+usmle123**
~~$1,099.99~~ **$1,099.99**

Buy Now!



**2007-70dvd2007+Kaplanbank+2007UsmleRx+PP+usmle123+8 original boc**
~~$1,699.99~~ **$1,699.99**

Buy Now!

**Test video, note&question from another server**

Video Sample-0/ Video Sample-1/ Video Sample-2 / Question Sample-0/ Question
Sample-1/ Question Sample-2 / Note Sample-0/ Note Sample-1/ Note Sample-2

Buy Now!

**Test video,notes&questions on same server**

Video Sample / Question Sample / Note Sample

Buy Now!

**Goljan Step1 mp3 Audio**
~~$49.99~~ **$29.99**

Buy Now!

Displaying **1** to **10** (of **12** products)      Result Pages:   **1**   2   [Next >>]





Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [　　　　　] [Find] Shopping Cart: 0 items 🛒

**Advanced Search**

| Home | About | Contact | Downloads | Forum | Welcome to USMLE Center - All the test prep you need, for les:

Product Information

**USMLE Step 1**
USMLE Step 2
USMLE Step 3
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

**2004 USMLE Step 1 Complete Standard Quality 12 DVD Set** ~~$149.99~~ $149.9!

**In Stock - All Sales Final**
**You can relax in your room and watch high-quality Kaplan videos in AVI format. The USMLE Step 1 Complete package includes: 180 hours of video lectures and 3000 pages of lectures in PDF format on 12DVDs - over 50GB! The 12 dvd set is a compressed version of the 25dvd but contains the same content as the 25dvd set. Both are 2004. For the newest 2007-70dvd set, please see that section.**
**Free Sample Downloads 2004 Edition: (Right click > Save As...)**
**Overview of Step 1 Complete Package:**

**Email Address**
[　　　　　]

**Your Password**
[　　　　　]

New User ? [Sign In]
Forgot Password ?

|  |  |
|---|---|
| **Contents of Step 1 Video Lectures:** | **Notes -2005/2006 edition from Kaplan** |
| Anatomy/Embryo- ~13 hours | **This is a full coverage of Step 1 Materials in 8 books:** |
| Genetics- ~6.5 hours | Anatomy |
| Histo- ~3.5 hours | Behavioral Sciences |
| Physiology- ~30.5 hours | Biochemistry |
| Immunology- ~5.5 hours | Physiology |
| Micro- ~14.5 hours | Pharmacology |
| Biochemistry- ~20 hrs | Pathology |
| Neuro- ~11 hrs | Microbiology/Immunology |
| Pharm- ~35 hrs | QBOOK/QBank/Vignettes/Goljan Audio |
| Pathology- ~23 hrs |  |
| Behavioral Science- ~11 hrs |  |

Video Sample / Question Samp

This product was added to our catalog on Thursday 19 July, 2007.

Quantity: 1    [Add To Cart]



Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [_____] **Find**   Shopping Cart: 0 items

**Advanced Search**

| Home | About | Contact | Downloads | Forum | Welcome to USMLE Center - All the test prep you need, for les:

**Product Information**

USMLE Step 1
USMLE Step 2
USMLE Step 3
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

**Email Address**

[_____]

**Your Password**

New User ?   **Sign In**

Forgot Password ?

**2007 USMLE Step 1 Complete 70 DVD Set**      ~~$999.99~~ $999.9!



**Enlarge**

The 2007 USMLE Step 1 Edition is here! Includes 70 HUGE DVDs of the exact material from Kaplan Live Centers! Playable on a DVD player with FULL MENU or on your computer. The 2007 differs from the 2004 set in that it features all NEW professors and the picture quality is crystal clear. Full menu means exactly that, you can skip to the section you're looking for just like any other dvd. This set is guaranteed to be complete and are exact copies of the original.

Free Sample Downloads 2007 Edition: (Right click > Save As...)
High Quality Sample (unrar and play VOB file): 120MB Sample
Low Quality Sample (standard mpg4 format):
Bio Chem Sample/ Micro Menu Sample / Micro Sample
*actual dvd is the same quality as 'high quality sample'

Contents of USMLE 2007 Edition:
Anatomy 1-6 complete 2007
Physio 1-15 complete 2007
Biochem 1-14 complete 2007
Pharm 1-10 complete 2007
Path 1-6 complete 2007
Genetics 1-2 complete 2007
Immunology 1-2 complete 2007
Behavioral 1-8 complete 2007
Micro 1-5 complete 2007
Orientation - 1
*selected DVD's have copy protection and cannot be copied

Video Sample / Note Sample

This product was added to our catalog on Friday 27 May, 2005.

Quantity: 1    **Add To Cart**

Wednesday 13 June, 2007
© 2007 USMLE DVDCENTER - All Rights Reserved Worldwide.

Home | Disclaimer | About | Contact | Downloads | Forum

webmaster : www.smartinfosys.net



Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [＿＿＿＿＿＿] [🔍 Find]   Shopping Cart: 0 items 🖥

**Advanced Search**

| Home | About | Contact | Downloads | Forum | Welcome to USMLE Center - All the test prep you need, for les

USMLE Step 1
**USMLE Step 2**
USMLE Step 3
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

# USMLE Step 2

## USMLE Step 2

**Step2 Kaplan original 6 books -2007**
$599.99

[Buy Now!]

**Email Address**

[＿＿＿＿＿＿]

**Your Password**

New User ?   [Sign In]
Forgot Password ?

**USMLE Step 2 Complete 9 DVD Set**
~~$119.99~~ $119.99

Question Sample / Note Sample

[Buy Now!]

**USMLE Step 2 CONRAD FISCHER-44-mp3 lectures-Internal Medicine**
~~$59.99~~ $49.99

[Buy Now!]

**USMLE Step 2 Goljan Audio mp3**
~~$49.99~~ $29.99

[Buy Now!]

Displaying **1** to **4** (of **4** products)          Result Pages:  **1**



ttp://www.usmledvdcenter.com/index.php?cPath=22&osCsid=d98d477b3c43a66f23604ba3da6478e9          11/1/2007

Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [　　　　　　] **Find**  Shopping Cart: 0 items 🛒

**Advanced Search**

| **Home** | **About** | **Contact** | **Downloads** | **Forum** | Welcome to USMLE Center - All the test prep you need, for les|

Product Information

USMLE Step 1
**USMLE Step 2**
USMLE Step 3
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

**Email Address**
[　　　　　　]

**Your Password**

New User ?  **Sign In**
Forgot Password ?

**USMLE Step 2 Complete 9 DVD Set**                    ~~$119.99~~ $119.9!

**In Stock - All Sales Final**
**These are exact copies of the material from the Kaplan Live Centers.**
**This is the COMPLETE most recent package available and is ONLY available exclusively to**
**the Kaplan Live Centers and USMLEPro.com  These are the most recent available.**
**Contents of Step 2 Video Lectures:**

**Internal MedNeurology (6 lectures, 259 min)**
**Endocrinology (4 lectures, 233 min)**
**Cardiology (6 lectures, 423 min)**
**Hematology/Oncology (3 lectures, 277 min)**
**Infectious Diseases (4 lectures, 389 min)**
**Pulmonary (4 lectures, 271 min)**
**Gastroenterology (4 lectures, 390 min)**
**Rheumatology (2 lectures, 215 min)**
**Emergency Med (4 lectures, 358 min)**
**Nephrology (3 lectures, 233 min)**
**02. Dermatology (1 lecture, 79 min)**
**03. Psychiatry (13 lectures, 966 min)**
**04. Surgery (18 lectures, 1251 min)**
**05. Gynecology (15 lectures, 720 min)**
**06. Obstetrics (9 lectures, 801 min)**
**07. Epidemiology (3 lectures, 217 min)**
**08. Biostatistics (1 lecture, 105 min)**
**09. Ethics (1 lecture, 107 min)**
**10. Preventative Med (1 lecture, 60 min)**
**11. Pediatrics (12 lectures, 1185 min)**
**TOTAL: 114 lectures, 8549 min (142 hours)**

**USMLE Step 2 Notes -2005/06 Edition (in PDF):**
**This is a full coverage of Step 2 Materials in 6 books:**
**Bonus CD for Step 2:**
**12 PDF books**
**2006 Kaplan Notes (5 books)**
**Alert step 2**
**CSA**
**CSA 61 cases**
**CSA Cases**
**Goljan' Audio**
**Kaplan Step 2 Qbank**
**NMS step 2**
**Qbank step 2 Medrevu**
**Usmle Step 2 Kaplan Cd rom**
**Usmle World step 2 CS**

**Rheuma01**
**Rheuma02**
**Usmle2_mock exam**
**Usmle2_secret**

Question Sample / Note Sample 

This product was added to our catalog on Thursday 19 July, 2007.

Quantity: 1    

---

Help | Forum

Use keywords to find the product you are looking for.

Quick Find: [_____] Find   Shopping Cart: 0 items 🛒

Advanced Search

| Home | About | Contact | Downloads | Forum | Welcome to USMLE Center - All the test prep you need, for less |

USMLE Step 3

# USMLE Step 3

USMLE Step 1
USMLE Step 2
**USMLE Step 3**
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

**Audio Digest Internal Medicine**
**$199.99**

Note Sample

Buy Now!

**Email Address**

[_____]

**Your Password**

New User ?   Sign In

Forgot Password ?

**USMLE Step 3 Complete 6 DVD Set**
~~$149.99~~ **$99.99**

Question Sample

Buy Now!

Displaying **1** to **2** (of **2** products)

Result Pages: **1**



ıttp://www.usmledvdcenter.com/index.php?cPath=1&osCsid=d98d477b3c43a66f23604ba3da6478e9    11/1/2007

Help | Fo

Use keywords to find the product you are looking for.

Quick Find: [            ] **Find** Shopping Cart: 0 items 

**Advanced Search**

| **Home** | **About** | **Contact** | **Downloads** | **Forum** | Welcome to USMLE Center - All the test prep you need, fo |

Product Information

USMLE Step 1
USMLE Step 2
**USMLE Step 3**
USMLE Complete
USMLE Pass Program
MCAT Complete
Internal Medicine
Pediatrics

**USMLE Step 3 Complete 6 DVD Set**                                    ~~$149.99~~

**$5.99 Flat Rate 3 Business Day Shipping**
**$9.99 Flat Rate International Shipping**

**In Stock - All Sales Final**
**    These are the exact copies of the material from the Kaplan Live Centers.**



**Email Address**

[                    ]

**Your Password**

New User ?   **Sign In**
    Forgot Password ?

**This is the COMPLETE most recent package available and is ONLY available
exclusively to the Kaplan Live Centers and USMLEPro.com
You can relax in your room and watch high-quality Kaplan videos in AVI
format. The USLME Step 3 Complete package includes: 100 hours of video
lectures and 1800 pages of lectures in PDF format on 6 PACKED DVDs with
over 20GBs!**

En[

**Free Sample Downloads: (Right click > Save As...)
Overview of Step 3 Complete Package:
*playable on pc/mac only**

**List of Video Lectures:**
Cardiology - 18 hours
Emergency Medicine - 8 hours
Surgery - 9.5 hours
ObGyn- 13 hours
Hematology - 10 hours
Infectious - 5.5 hours
Neurology - 10.5 hours
Pulmonology - 6.5 hours
Pediatrics - 8.5 hours
Oncology- 4.5 hours
Nephrology - 5.5 hours
Psychiatry- 9.5 hours
Ethics- 4.5 hours
Internal Med- 8 hours

**USMLE Step 3 Notes -2005/06 Edition (in
PDF):** This is a full coverage of Step 3 Materials in
4 books:

IM& Neurology
Obstetrics /Gynecology/Pediatrics/Surgery
Psychiatry/Ethics
Qbook

Ques

This product was added to our catalog on Thursday 19 July, 2007.

Quantity: 1    **Add** 

© 2007 USMLE DVDCENTER - All Rights Reserved Worldwide.

Home | Disclaimer | About | Contact | Downloads | Forum

webmaster : www.smartinfosys.net

# COMPLAINT EXHIBIT

# C

## LIST OF KAPLAN COPYRIGHT REGISTRATION CERTIFICATES

| | Title of Work | Registration Certificate Number | Effective Date |
|---|---|---|---|
| 1 | USMLE Step 1 Orientation Study Skills and Test Taking Strategies DVD | PA 1-343-468 | 11-27-06 |
| 2 | USMLE Step 1 Anatomy (DVDs 1-6) | PA 1-352-362 | 11-27-06 |
| 3 | USMLE Step 1 Behavior Sciences (DVDs 1-8) | PA 1-352-949 | 11-27-06 |
| 4 | USMLE Step Biochemistry (DVDs 1-14)1 | PA 1-352-948 | 11-27-06 |
| 5 | USMLE Step 1 Immunology (DVDs 1-2) | PA 1-359-951 | 11-27-06 |
| 6 | USMLE Step 1 Medical Genetics (DVDs 1-2) | PA 1-343-467 | 11-27-06 |
| 7 | USMLE Step 1 Microbiology (DVDs 1-5) | PA 1-352-952 | 11-27-06 |
| 8 | USMLE Step 1 Pharmacology (DVDs 1-10) | PA 1-352-953 | 11-27-06 |
| 9 | USMLE Step 1 Pathology (DVDs 1-6) | PA 1-352-950 | 11-27-06 |
| 10 | USMLE Step 1 Physiology (DVDs 1-15) | PA 1-352-356 | 11-27-06 |
| 11 | USMLE Step 1 Lecture Notes – Microbiology and Immunology) | TX 6-465-532 | 12-11-06 |
| 12 | USMLE Step 1 Lecture Notes – Anatomy | TX 6-465-539 | 12-11-06 |
| 13 | USMLE Step 1 Lecture Notes – Qbook | TX 6-465-538 | 12-11-06 |
| 14 | USMLE Step 1 Lecture Notes – Pharmacology | TX 6-465-535 | 12-11-06 |
| 15 | USMLE Step 1 Lecture Notes – Biochemistry & Medical Genetics | TX 6-465-536 | 12-11-06 |
| 16 | USMLE Step 1 Lecture Notes – Physiology | TX 6-465-533 | 12-11-06 |
| 17 | USMLE Step 1 Lecture Notes – Pathology | TX 6-465-534 | 12-11-06 |
| 18 | USMLE Step 2 CK Lecture Notes – Internal Medicine | TX 6-458-074 | 9-20-07 |
| 19 | USMLE Step 3 Lecture Notes – Volume 1 – Internal Medicine & Neurology and Volume 2 – Obstetrics/Gynecology, Pediatrics, Surgery and Psychiatry & Ethics | TX 6-458-073 | 9-20-07 |