UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAPLAN, INC.

            Plaintiff,

-v-

BENNY Y. CHANG, JASON HANSON,
HAMID TORSHIZY, DOES 1 through 20,
ET AL.

            Defendant.

Case No. 1:07-cv-10677-HB
ECF Case

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kaplan, Inc. (Plaintiff) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The Washington Post Company

Date: 11/29/07

Signature of Attorney, Scott E. Bain

Attorney Bar Code: (SB 1255)

Form Rule7_1.pdf  SDNY Web 10/2007