UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

                                    Plaintiff,

          -against-                        1:07 CIVIL 10677 (HB)

                                    Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Scott Bain__

☐     *Attorney*

      ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

      ☐    I am a Pro Hac Vice attorney

      ☐    I am a Government Agency attorney

☒     *Law Firm/Government Agency Association*

      From: __RIAA__

      To: __SIIA (Software & Information Industry Assoc)__

      ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒     *Address:* __1090 Vermont Ave NW, Suite 600, Washington, DC 20005__

☒     *Telephone Number:* __202-789-4492__

☒     *Fax Number:* __202-289-7097__

☒     *E-Mail Address:* __sbain@siia.net__

Dated: __2/29/08__        /s/ Scott Bain