USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAPLAN, INC.

           Plaintiff,

- against -

BENNY Y. CHANG, JASON HANSON, HAMID TORSHIZY, DOES 1 through 20, AND UNKNOWN ENTITY d/b/a, USMLEPRO, USMLE TEST CENTER, INC. and SIMILAR NAMES

           Defendants.

1:07-cv-10677-HB
ECF Case

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Scott Eric Bain, attorney for Plaintiff Kaplan, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|   |   |
|---|---|
| Applicant's Name: | Thomas W. Kirby |
| Firm Name: | Wiley Rein LLP |
| Address: | 1776 K Street, N.W. |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 719-7062/(202) 719-7049 |
| Email Address: | tkirby@wileyrein.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff Kaplan, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State: New York, NY

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED

Hon. Harold Baer, Jr., U.S.D.J.
Date: 3/17/08

12746392.1