

DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/18/08

MAR 10 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX 202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE 703.905.2800
FAX 703.905.2820

www.wileyrein.com

Thomas W. Kirby
202.719.7062
tkirby@wileyrein.com

March 7, 2008

The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Kaplan, Inc. v. Chang, et al.*; No. 1:07-cv-10677 (HB)

Dear Judge Baer:

Enclosed is a courtesy copy of the First Amended Complaint filed in the above action. This First Amended Complaint was docketed on March 6, before any defendant had responded to the original complaint.

The First Amended Complaint reflects the results of research and discussions with two of the named defendants after the action was commenced. Critically, the First Amended Complaint adds a new individual defendant, Kenneth Chou, based on information that he is directly involved in the infringement of plaintiff's copyrighted works that this action seeks to redress. The First Amended Complaint also drops one of the original defendants, Hamid Torshizy. It adds language indicating that defendant Benny Y. Chang may also be dismissed in the near future, if information he has provided is confirmed. Additionally, it adds a count alleging infringement of plaintiff Kaplan, Inc.'s trademarks during the course of the same pattern of conduct originally alleged.

Kaplan intends to serve Mr. Chou as soon as practicable within the next several days. The immediate next step in the case will be to seek authority from the Court to take discovery of Mr. Chou limited to identifying what associated persons and entities are engaged in the alleged unauthorized copying of Kaplan's works. Until these defendants can be identified and brought before the Court, it will be difficult to advance the case in the other respects. Kaplan has no other matter to raise at the PTC now scheduled for March 20. If that authority can be granted without a conference, it might make sense to set the PTC for a later date, given that

The Honorable Harold Baer, Jr.
March 7, 2008
Page 2

Mr. Chou likely will be served only a few days prior to March 20.

Sincerely yours,

Thomas W. Kirby (TK 2182), *pro hac vice*
Counsel for Plaintiff, Kaplan, Inc.

Enclosure

cc: All defendants of known identity that have been located
Scott Eric Bain (SB 1255), Counsel for Kaplan, Inc.

3/18/08

I am reluctant to provide a deposition of a currently non party before that party has an opportunity to object – after he is served and a named D. if that be your plan, it may be appropriate but all this should be clearer at least to me if the PTC went forward on the 20th. Please come in & be sure any and all named D's are notified to be here as well. If you wish to have the PTC by phone [illegible] you & any other parties [illegible] call chambers.

SO ORDERED
Harold Baer
U.S.D.J.

Endorsement:

I am reticent to provide a deposition of a currently non party before that non party has an opportunity to object - after he is served and a named defendant if that's your plan, it might be appropriate but all this would be clearer at least to me if the PTC went forward on the 20th. Please come by and be sure any and all served defendants are notified to be here as well. If you wish to have the PTC by phone for you and any other out of town parties call Chambers.