AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

KAPLAN, INC.

**SUMMONS IN A CIVIL ACTION**

V.

KENNETH CHOU, BENNY Y. CHANG, JASON HANSON, DOES 2 through 20, ET AL.

CASE NUMBER: 1:07-cv-10677-HB

TO: (Name and address of Defendant)

Kenneth Chou, 111 Smith Lane, Apt. #34, Syracuse, NY 13210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott E. Bain, Esq., The Software & Information Industry Association,
1090 Vermont Avenue, N.W., Suite 600, Washington, DC 20005 and
Thomas W. Kirby, Esq., Wiley Rein LLP, 1776 K Street, NW, Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              MAR 0 6 2008

CLERK                                           DATE

(By) DEPUTY CLERK

∅AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 4-5-2008 @ 9:00 AM |
| NAME OF SERVER (PRINT) Richard J. Rickert || TITLE Process Server |
| Check one box below to indicate appropriate method of service |||
| ☒ Served personally upon the defendant. Place where served: 60 Presidential Plaza, Apt 409 Syracuse, NY 13202 |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. |||
| Name of person with whom the summons and complaint were left: |||
| ☐ Returned unexecuted: |||
| ☐ Other (specify): Kenneth Chou is an Asian male Appox. 6'0" tall 220 lbs., with black hair and appox 29 years old, and was wearing glasses at time of service. |||
| STATEMENT OF SERVICE FEES |||
| TRAVEL | SERVICES | TOTAL $0.00 |
| DECLARATION OF SERVER |||

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-7-2008
                    Date

Signature of Server:   Richard J. Rickert

Address of Server:   120 Highland Ave, Syr., NY 13203

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.